# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 23-cr-0109-GPC-2 |
| Plaintiff, | |
| | JUDGMENT OF DISMISSAL |
| Alex Anthony Suprenant (2), | |
| Defendant. | |

**FILED MAR 07 2025**
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEP

IT APPEARING that the defendant is now entitled to be discharged ~~for the reason that:~~

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, with prejudice.

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment:

Count 1 - 21:841(a)(1),846; 21:853 - Conspiracy to Distribute Controlled Substances; Criminal Forfeiture

Count 3 - 21:841(a)(1); 18:2; 21:853 - Distribution of Controlled Substances; Aiding and Abetting; Criminal Forfeiture

Count 4 - 21:841(a)(1); 18:2; 21:853 - Possession of Controlled Substances with Intent to Distribute; Aiding and Abetting; Criminal Forfeiture

Dated: 3/7/2025

Hon. Gonzalo P. Curiel
United States District Judge